Certificate Number: 02207-NJ-CC-036507985



02207-NJ-CC-036507985

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 27, 2022, at 5:08 o'clock PM EDT, Steven Berkowitz received from Garden State Consumer Credit Counseling, Inc., d/b/a Navicore Solutions, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: April 28, 2022            By: /s/Glynnis DeLuca

                                Name: Glynnis DeLuca

                                Title: Counseling Support

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).