Form 199 – ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  22–13541–JKS
    Chapter:  7
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Steven Berkowitz
  39 Timber Ridge Drive
  Laurel Hollow, NY 11771–0000

Social Security No.:
  xxx–xx–2913

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Donald V. Biase was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing .

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:        6/1/22
Time:       10:30 AM
Location:

    Please note, all previously scheduled deadlines remain the same.

Dated: May 5, 2022
JAN:

                Jeanne Naughton
                Clerk