Form 199 − ntcreschfstmtg

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13541−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Steven Berkowitz
  39 Timber Ridge Drive
  Laurel Hollow, NY 11771−0000

Social Security No.:
  xxx−xx−2913

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

   NOTICE IS HEREBY GIVEN that Donald V. Biase was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing .

   ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:         6/1/22
Time:          10:30 AM
Location:

   Please note, all previously scheduled deadlines remain the same.


Dated: May 5, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 22-13541-JKS
Steven Berkowitz                                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                       Page 1 of 3
Date Rcvd: May 05, 2022                       Form ID: 199                                      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Berkowitz, 39 Timber Ridge Drive, Laurel Hollow, NY 11771-4207 |
| 519570360 | + | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 519570359 | + | Abel Bean Law PA, Attn: Jacqueline A Van Laningham, Esq., 100 North Laura Street, Suite 501, Jacksonville, FL 32202-3635 |
| 519570361 | + | Bayada Home Health Care, Collections Department, 4300 Haddonfiled Road, Merchantville, NJ 08109-3376 |
| 519570363 | + | Carol Cohen, 24 Catherine Court, South Amboy, NJ 08879-2916 |
| 519570364 | + | Carolina Underwear Company, Inc., PO Box 398, Thomasville, NC 27361-0398 |
| 519570369 | + | ECHO, 600 WEST CHICAGO AVE, SUITE 725, Chicago, IL 60654-2522 |
| 519570370 | | ENGLEWOOD HEALTH PHYSICIANS SERVICE, PO BOX 1400, ATTN 14564Y, Belfast, ME 04915 |
| 519570371 | + | Englewood Radiologic Group, 350 Engle Street, Englewood, NJ 07631-1808 |
| 519570372 | + | Envision, PO BOX 8710, Pompano Beach, FL 33075-8710 |
| 519570373 | + | HACKENSACK GASTROENTTERILOGY, 130 Kinderkamack Road Suite 301, River Edge, NJ 07661-1931 |
| 519570374 | + | HACKENSACK MEDICAL HEALTH, DR YAIR KISSIN, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570377 | + | HACKENSACK MERIDIAN HEALTH, DR ADIBI, BABACK, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570379 | + | HACKENSACK MERIDIAN HEALTH, DR PAUL ANDREWS, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570380 | + | HACKENSACK MERIDIAN HEALTH, DR RICHARD NIERENBERG, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570376 | + | HACKENSACK MERIDIAN HEALTH, DR YAIR KISSIN, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570375 | + | HACKENSACK MERIDIAN HEALTH, DR.METHA,ANGELA, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570382 | + | HACKENSACK MERIDIAN HEALTH, WISSELL, TRACY A, PO BOX 48028, Newark, NJ 07101-4828 |
| 519570378 | + | HACKENSACK MERIDIAN HEALTH, PO BOX 95000-2870/, Philadelphia, PA 19195-0001 |
| 519570381 | + | HACKENSACK MERIDIAN HEALTH, DR SAMPEDO, MONICA, PO BOX 95000-4535, Philadelphia, PA 19195-0001 |
| 519570383 | + | HACKENSACK MERIDIAN HEALTH AT MED EQUIP, PO BOX 95000-2870, Philadelphia, PA 19195-0001 |
| 519570384 | + | HACKENSACK PATHOLOGY ASSOC, 5700 SOUTHWYCK BLVD, Toledo, OH 43614-1509 |
| 519570388 | + | HMC CARDIAC DIAGNOSTIC SERVICE, PO BOX 416387, Boston, MA 02241-6387 |
| 519570386 | + | Hackensack Radiology, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 519570391 | + | Metro Tex Sales LLC, 1203 W. St. Georges Ave, Suite 203, Linden, NJ 07036-6167 |
| 519570393 | + | NEUROLOGY GROUP OF BERGEN COUNTY, 1200 EAST RIDGEWOOD AVE, 2nd Floor East Wing Suite 208, Ridgewood, NJ 07450-3937 |
| 519570395 | + | NEW JERSEY UROLOGY, 275 Orchard Street, Westfield, NJ 07090-3133 |
| 519570396 | + | Optimum System Corp., Cablevision), 1111 Stewart Avenue, Bethpage, NY 11714-3581 |
| 519570398 | + | PENSKE, PO BOX 827380, Philadelphia, PA 19182-7380 |
| 519570399 | + | PSE&G, 80 Park Pl, Newark, NJ 07102-4194 |
| 519570400 | + | RCCA/ REGIONAL CANCER CARE AFFIL, 100 First Street, Suite 301, Paterson, NJ 07522 |
| 519570402 | + | River Edge at Garfield, 200/600 Autumn Lane, Garfield, NJ 07026-4604 |
| 519570403 | + | Sunteck Transport Company LLC, 4500 Salisbury Road, Suite 305, Jacksonville, FL 32216-8057 |
| 519570404 | + | Top Two Textiles, 83 Ackerman Avenue, #310, Clifton, NJ 07011-1501 |
| 519570405 | + | Top Two Textiles LLC, 83 Ackerman Avenue, Clifton, NJ 07011-1501 |
| 519570409 | + | UNISHIPPERS, c/o ALTUS GTS INC, 2400 VETERANS MEMORIAL BLVD, Kenner, LA 70062-4715 |
| 519570410 | | US Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 519570411 | + | VALLEY EMERGENCY ROOM ASSOC, PO BOX 13700-1173, Philadelphia, PA 19178-0001 |
| 519570412 | + | Valley Medical Group, PO BOX 14000, Attn#16605x, Belfast, ME 04915-4033 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 05, 2022 | Form ID: 199 | Total Noticed: 54

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519570360 | ^ | MEBN | May 05 2022 20:35:39 | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 519570362 | + | Email/Text: rmckay@biehlcollects.com | May 05 2022 20:40:00 | BIEHL & BIEL INC, 325 E FULLETON AVE, Carol Stream, IL 60188-1865 |
| 519570365 | + | Email/Text: bankruptcy@certifiedcollection.com | May 05 2022 20:39:00 | Certified Credit Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519570367 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2022 20:41:11 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519570368 | + | Email/Text: mrdiscen@discover.com | May 05 2022 20:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519570389 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 05 2022 20:39:00 | HSBC Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 519570390 | + | Email/Text: Bankruptcy@ICSystem.com | May 05 2022 20:40:00 | IC SYSTEM INC, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 519570366 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 05 2022 20:41:13 | Chase Auto Finance, Po Box 901003, Fort Worth, TX 76101 |
| 519570392 | + | Email/Text: cedwards@ncsplus.com | May 05 2022 20:39:00 | NCSPLUS INC, 117 E 24TH STREET, 5th FLOOR, New York, NY 10010-2937 |
| 519570397 | + | Email/Text: bankruptcytn@wakeassoc.com | May 05 2022 20:39:00 | PASSCACK PHYISIANS SERVICES LLC, c/o WAKEFIED & ASSOC, PO BOX 59003, Knoxville, TN 37950-9003 |
| 519570401 | + | Email/Text: clientservices@remexinc.com | May 05 2022 20:39:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519570406 | + | Email/Text: bankruptcydepartment@tsico.com | May 05 2022 20:40:00 | TRANSWORLD SYSTEM INC, 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 519570407 | + | Email/Text: bankruptcydepartment@tsico.com | May 05 2022 20:40:00 | TRANSWORLD SYSTEMS, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 519570413 | | Email/Text: bankruptcytn@wakeassoc.com | May 05 2022 20:39:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519570387 | | HACKENSACK UNIVERSITY MEDICAL |
| 519570385 | *+ | HACKENSACK PATHOLOGY ASSOC LLC, 5700 SOUTHWYCK BLVD, Toledo, OH 43614-1509 |
| 519570394 | *+ | NEUROLOGY GROUP OF BERGEN COUNTY, 1200 EAST RIDGEWOOD AVE/, 2ND FLOOR EAST WING SUITE 208, Ridgewood, NJ 07450-3937 |
| 519570408 | *+ | TRANSWORLD SYSTEMS INC, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 05, 2022 | Form ID: 199 | Total Noticed: 54 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald V. Biase | dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Douglas T Tabachnik | on behalf of Debtor Steven Berkowitz dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3